United States Bankruptcy Court
District of North Dakota

In re:  Case No. 24-30356-skh
Shannon Sager  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0868-3 | User: admin | Page 1 of 3
Date Rcvd: Aug 16, 2024 | Form ID: 309A | Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon Sager, 4220 17th Ave S. Suite 12, Fargo, ND 58103-3346 |
| 1103406 | + | Ada Funmaker, 3097 Kingswood Court, Green Bay, WI 54313-9002 |
| 1103413 | + | Arrowhead, PO Box 157, Claymont, DE 19703-0157 |
| 1103414 | + | Arrowhead Advance, PO Box 157, Claymont , DE 19703-0157 |
| 1103421 | + | Corwin Toyota, 222 40th Street S, Fargo, ND 58103-1118 |
| 1103427 | + | Goldmark, 1881 39th Southwest, Suite 107, Fargo, ND 58103-6522 |
| 1103429 | + | John Gaffan, 4235 9th Ave Circle South, Suite 205, Fargo, ND 58103-7055 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mac@mbvesq.com | Aug 16 2024 18:45:00 | Maurice VerStandig, The Dakota Bankruptcy Firm, 1630 1st Avenue N, Suite B PMB 24, Fargo, ND 58102 |
| tr | | EDI: BGWDOELING.COM | Aug 16 2024 22:45:00 | Gene W Doeling, Bankruptcy Trustee, 3429 Interstate Blvd. S., P.O. Box 9231, Fargo, ND 58106-9231 |
| 1103407 | | Email/Text: solutionsbankruptcy@affinityplus.org | Aug 16 2024 18:45:00 | Affinity Plus Fcu, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1103408 | | Email/Text: solutionsbankruptcy@affinityplus.org | Aug 16 2024 18:45:00 | Affinity Plus Fcu, Attn: Bankruptcy, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1103409 | | Email/Text: solutionsbankruptcy@affinityplus.org | Aug 16 2024 18:45:00 | Affinity Plus Federal Credit Union, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1103410 | | Email/Text: solutionsbankruptcy@affinityplus.org | Aug 16 2024 18:45:00 | Affinity Plus Federal Credit Union, Attn: Bankruptcy, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 1103411 | ^ | MEBN | Aug 16 2024 18:42:51 | Aidvantage, PO Box 3229, Wilmington, DE 19804-0229 |
| 1103412 | | EDI: MAXMSAIDV | Aug 16 2024 22:45:00 | Aidvantage, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 1103413 | ^ | MEBN | Aug 16 2024 18:42:52 | Arrowhead, PO Box 157, Claymont, DE 19703-0157 |
| 1103414 | ^ | MEBN | Aug 16 2024 18:42:52 | Arrowhead Advance, PO Box 157, Claymont , DE 19703-0157 |
| 1103416 | | Email/Text: bnddealforms@nd.gov | Aug 16 2024 18:45:00 | Bank of Nd Student Loan Svcs, Attn: Bankruptcy, 1200 Memorial Hwy, Bismarck, ND 58504-5262 |
| 1103415 | + | Email/Text: bnddealforms@nd.gov | Aug 16 2024 18:45:00 | Bank of Nd Student Loan Svcs, PO Box 5509, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bismarck, ND 58506-5509 |
| 1103418 | | EDI: CAPITALONE.COM | Aug 16 2024 22:45:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1103417 | | EDI: CAPITALONE.COM | Aug 16 2024 22:45:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 1103420 | | EDI: WFNNB.COM | Aug 16 2024 22:45:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 18215, Columbus, OH 43081 |
| 1103419 | | EDI: WFNNB.COM | Aug 16 2024 22:45:00 | Comenity Bank/Lane Bryant, PO Box 182789, Columbus, OH 43218-2789 |
| 1103422 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 16 2024 18:57:16 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 1103423 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 16 2024 18:57:10 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 1103424 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 16 2024 18:45:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 1103428 | | EDI: IRS.COM | Aug 16 2024 22:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1103431 | + | Email/Text: bankruptcy@kikoff.com | Aug 16 2024 18:45:00 | Kikoff Lending LLC, Attn: Bankruptcy, 75 Broadway, Ste 226, San Francisco, CA 94111-1458 |
| 1103430 | + | Email/Text: bankruptcy@kikoff.com | Aug 16 2024 18:45:00 | Kikoff Lending LLC, 75 Broadway, San Francisco, CA 94111-1423 |
| 1103432 | + | Email/Text: ecftax@nd.gov | Aug 16 2024 18:45:00 | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |
| 1103434 | | EDI: AGFINANCE.COM | Aug 16 2024 22:45:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 1103433 | | EDI: AGFINANCE.COM | Aug 16 2024 22:45:00 | Onemain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 1103435 | ^ | MEBN | Aug 16 2024 18:42:51 | Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 1103436 | ^ | MEBN | Aug 16 2024 18:42:50 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 1103425 | | EAST CENTRAL JUDICIAL DISTRICT COURT |
| 1103426 | | EAST CENTRAL JUDICIAL DISTRICT COURT |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 16, 2024 | Form ID: 309A | Total Noticed: 32 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024        Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Shannon Sager<br>First Name   Middle Name   Last Name | **Social Security number or ITIN:** xxx–xx–6681<br>**EIN:** __–_____ | |
| **Debtor 2:**<br>(Spouse, if filing)   First Name   Middle Name   Last Name | **Social Security number or ITIN:** ____<br>**EIN:** __–_____ | |
| **United States Bankruptcy Court:** District of North Dakota | **Date case filed for chapter:** 7   8/16/24 | |
| **Case number:** 24–30356 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Shannon Sager | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4220 17th Ave S. Suite 12<br>Fargo, ND 58103 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice VerStandig<br>The Dakota Bankruptcy Firm<br>1630 1st Avenue N<br>Suite B PMB 24<br>Fargo, ND 58102 | Contact phone 701–394–3215<br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gene W Doeling<br>Bankruptcy Trustee<br>3429 Interstate Blvd. S.<br>P.O. Box 9231<br>Fargo, ND 58106–9231 | Contact phone 701–232–8757<br>Email: heather@kaler–doeling.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 655 1ST AVENUE NORTH, SUITE 210 FARGO, ND 58102 | Hours open: 8:00am–4:30pm Mon–Fri |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone (701) 297–7100 Date: 8/16/24 |
| 7. | **Meeting of creditors** | **September 25, 2024 at 09:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **For additional meeting information go to https://www.justice.gov/ust/moc.** | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 980 141 0397, and Passcode 3977356318 OR, call (1) 701–607–6750** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 11/25/24** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |