**Center for Special Surgery**
350 23rd Ave E Ste 201
West Fargo, ND 58078

| Voucher Date | Voucher Number |
|---|---|
| 07/28/2023 | 8805 |

## Direct Deposit Advice

**\*\*\* This is not a check\*\*\***

**Direct Deposit Amount**        \*\*\*\*\*\*\*\* 872.61

Direct Deposit Advice
4301   126  07/28/23  8805

**Shannon Sager**
4220 17th Ave S #12
Fargo, ND 58103

---

| | | | |
|---|---|---|---|
| **Shannon Sager** | | July 28, 2023 | 8805 |
| Emp Id | 126 | Loc | Nurses |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 |
| Clock | XXXX | Status | A |

| | | |
|---|---|---|
| Period Begin | 07/09/23 | Net Pay   872.61 |
| Period End | 07/22/23 | Dir Dep   872.61 |
| Check Type | Reg | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 72.30 | 20.000000 | 1,446.00 | 19,378.80 |
| Overtime Earnings | 0.20 | 30.000000 | 6.00 | 230.10 |
| Paid Time Off | 0.00 | | 0.00 | 1,934.62 |
| Employer HSA | 0.00 | | 46.15 | 692.25 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 72.50 | | 1,452.00 | 21,543.52 |

### Benefits

| | Current Amt | Ytd Amt |
|---|---|---|
| ER SfHrbr - NonElective | 43.56 | 646.32 ❶ |
| | 0.00 | 0.00 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,325.89 | 9.80 | 192.18 |
| OASDI | | 1,325.89 | 82.21 | 1,223.05 |
| Medicare | | 1,325.89 | 19.22 | 286.03 |
| Medicare - Additional | | 1,325.89 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,325.89 | 0.00 | 139.00 |
| | | | 111.23 | 1,840.26 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| Garnishment | 295.19 | 1,451.38 |
| HSA | 20.00 | 225.32 ❷ |
| Pretax Dental Insurance | 21.87 | 328.05 ❷ |
| Pretax Medical Insurance | 80.00 | 1,200.00 ❷ |
| Pretax Vision Insurance | 4.24 | 63.60 ❷ |
| Roth 401k Contribution | 43.56 | 646.32 |
| Voluntary Life | 3.30 | 49.50 |
| | 468.16 | 3,964.17 |

### Payment Summary for Voucher 8805

| | |
|---|---|
| Total Gross Pay | 1,452.00 |
| Federal Taxes | -111.23 |
| State and Local Taxes | 0.00 |
| Other Deductions | -468.16 |
| Net Pay | 872.61 |
| Direct Deposits | -872.61 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO Hrs | | 11.57 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with \*\*\*0352 | 872.61 |
| | | 872.61 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

Voucher Date: 11/18/2022
Voucher Number: 7739

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Advice
4301   126  11/18/22  7739
**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

Direct Deposit Amount    ****** 1,206.86

---

**Shannon Sager**        November 18, 2022        7739

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 126 | Loc | Nurses | Period Begin | 10/30/22 | Net Pay | 1,206.86 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End | 11/12/22 | Dir Dep | 1,206.86 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 69.32 | 20.000000 | 1,386.40 | 8,866.00 |
| Overtime Earnings | 0.18 | 30.000000 | 5.40 | 85.20 |
| Paid Time Off | 5.71 | 20.000000 | 114.20 | 733.65 |
| Employer HSA | 0.00 | | 46.15 | 276.90 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 75.21 | | 1,506.00 | 9,684.85 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER SfHrbr - NonElective | | 45.18 | 168.98 ❶ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,398.56 | 23.23 | 68.12 |
| OASDI | | 1,398.56 | 86.71 | 560.49 |
| Medicare | | 1,398.56 | 20.28 | 131.08 |
| Medicare - Additional | | 1,398.56 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,398.56 | 13.00 | 77.00 |
| | | | 143.22 | 836.69 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| HSA | 1.33 | 7.98 ❷ |
| Pretax Dental Insurance | 21.87 | 131.22 ❷ |
| Pretax Medical Insurance | 80.00 | 480.00 ❷ |
| Pretax Vision Insurance | 4.24 | 25.44 ❷ |
| Roth 401k Contribution | 45.18 | 168.98 |
| Voluntary Life | 3.30 | 19.80 |
| | 155.92 | 833.42 |

### Payment Summary for Voucher 7739

| | |
|---|---|
| Total Gross Pay | 1,506.00 |
| Federal Taxes | -130.22 |
| State and Local Taxes | -13.00 |
| Other Deductions | -155.92 |
| Net Pay | 1,206.86 |
| Direct Deposits | -1,206.86 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO Hrs | | 6.77 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***3841 | 1,206.86 |
| | | 1,206.86 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

Voucher Date: 02/24/2023
Voucher Number: 8140

**Direct Deposit Advice**

\*\*\* **This is not a check**\*\*\*

Direct Deposit Amount        \*\*\*\*\*\* 1,224.25

Direct Deposit Advice
4301   126   02/24/23   8140
**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

| Shannon Sager | February 24, 2023 | 8140 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| Emp Id | 126 | Loc | Nurses | Period Begin | 02/05/23 | Net Pay | 1,224.25 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End | 02/18/23 | Dir Dep | 1,224.25 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 75.55 | 20.000000 | 1,511.00 | 5,517.40 |
| Overtime Earnings | 0.38 | 30.000000 | 11.40 | 89.10 |
| Paid Time Off | 0.00 | | 0.00 | 374.10 |
| Employer HSA | 0.00 | | 46.15 | 184.60 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 75.93 | | 1,522.40 | 5,980.60 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER SfHrbr - NonElective | | 45.67 | 179.42 ❶ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,414.96 | 20.49 | 74.99 |
| OASDI | | 1,414.96 | 87.73 | 344.15 |
| Medicare | | 1,414.96 | 20.52 | 80.49 |
| Medicare - Additional | | 1,414.96 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,414.96 | 13.00 | 49.00 |
| | | | 141.74 | 548.63 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| HSA | 1.33 | 5.32 ❷ |
| Pretax Dental Insurance | 21.87 | 87.48 ❷ |
| Pretax Medical Insurance | 80.00 | 320.00 ❷ |
| Pretax Vision Insurance | 4.24 | 16.96 ❷ |
| Roth 401k Contribution | 45.67 | 179.42 |
| Voluntary Life | 3.30 | 13.20 |
| | 156.41 | 622.38 |

### Payment Summary for Voucher 8140

| | |
|---|---|
| Total Gross Pay | 1,522.40 |
| Federal Taxes | -128.74 |
| State and Local Taxes | -13.00 |
| Other Deductions | -156.41 |
| Net Pay | 1,224.25 |
| Direct Deposits | -1,224.25 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO Hrs | | 19.78 |

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with \*\*\*3841 | 1,224.25 |
| | | 1,224.25 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

Voucher Date: 12/16/2022
Voucher Number: 7858

**Direct Deposit Advice**

**\*\*\* This is not a check\*\*\***

Direct Deposit Amount   \*\*\*\*\*\* 1,068.70

Direct Deposit Advice
4301   126   12/16/22   7858
**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview

RP_010_8201_Y © 2012 ReadyPayY

**Shannon Sager**   December 16, 2022   7858

| | | | | | |
|---|---|---|---|---|---|
| Emp Id | 126 | Loc | Nurses | Period Begin 11/27/22 | Net Pay 1,068.70 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End 12/10/22 | Dir Dep 1,068.70 |
| Clock | XXXX | Status | A | Check Type Reg | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 60.35 | 20.000000 | 1,207.00 | 11,453.00 |
| Overtime Earnings | 0.12 | 30.000000 | 3.60 | 92.40 |
| Paid Time Off | 5.71 | 20.000000 | 114.20 | 1,007.85 |
| Employer HSA | 0.00 | | 46.15 | 369.20 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 66.18 | | 1,324.80 | 12,553.25 |

| Benefits | Current Amt | Ytd Amt |
|---|---|---|
| ER SfHrbr - NonElective | 39.74 | 255.03 ❶ |
| | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,217.36 | 1.49 | 97.35 |
| OASDI | | 1,217.36 | 75.48 | 725.01 |
| Medicare | | 1,217.36 | 17.65 | 169.56 |
| Medicare - Additional | | 1,217.36 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,217.36 | 11.00 | 101.00 |
| | | | 105.62 | 1,092.92 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| HSA | 1.33 | 10.64 ❷ |
| Pretax Dental Insurance | 21.87 | 174.96 ❷ |
| Pretax Medical Insurance | 80.00 | 640.00 ❷ |
| Pretax Vision Insurance | 4.24 | 33.92 ❷ |
| Roth 401k Contribution | 39.74 | 255.03 |
| Voluntary Life | 3.30 | 26.40 |
| | 150.48 | 1,140.95 |

### Payment Summary for Voucher 7858

| | |
|---|---|
| Total Gross Pay | 1,324.80 |
| Federal Taxes | -94.62 |
| State and Local Taxes | -11.00 |
| Other Deductions | -150.48 |
| Net Pay | 1,068.70 |
| Direct Deposits | -1,068.70 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**   Dollars   Hours
PTO Hrs       5.96

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with \*\*\*3841 | 1,068.70 |
| | | 1,068.70 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

**Voucher Date** 12/02/2022
**Voucher Number** 7800

## Direct Deposit Advice

*** This is not a check***

**Direct Deposit Amount** ****** 1,235.94

Direct Deposit Advice
4301   126  12/02/22  7800

**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y  © 2012 ReadyPay

**Shannon Sager**              **December 02, 2022**                   **7800**

| | | | | | |
|---|---|---|---|---|---|
| Emp Id | 126 | Loc | Nurses | Period Begin | 11/13/22 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End | 11/26/22 |
| Clock | XXXX | Status | A | Check Type | Reg |

| | |
|---|---|
| Net Pay | 1,235.94 |
| Dir Dep | 1,235.94 |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt | |
|---|---|---|---|---|---|
| Regular Earnings | 69.00 | 20.000000 | 1,380.00 | 10,246.00 | |
| Overtime Earnings | 0.12 | 30.000000 | 3.60 | 88.80 | |
| Paid Time Off | 8.00 | 20.000000 | 160.00 | 893.65 | |
| Employer HSA | 0.00 | | 46.15 | 323.05 | ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 | ❶ |
| | 77.12 | | 1,543.60 | 11,228.45 | |

| Benefits | | Current Amt | Ytd Amt | |
|---|---|---|---|---|
| ER SfHrbr - NonElective | | 46.31 | 215.29 | ❶ |
| | | 0.00 | 0.00 | |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,436.16 | 27.74 | 95.86 |
| OASDI | | 1,436.16 | 89.04 | 649.53 |
| Medicare | | 1,436.16 | 20.83 | 151.91 |
| Medicare - Additional | | 1,436.16 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,436.16 | 13.00 | 90.00 |
| | | | 150.61 | 987.30 |

| Other Deductions from Pay | Current Amt | Ytd Amt | |
|---|---|---|---|
| HSA | 1.33 | 9.31 | ❷ |
| Pretax Dental Insurance | 21.87 | 153.09 | ❷ |
| Pretax Medical Insurance | 80.00 | 560.00 | ❷ |
| Pretax Vision Insurance | 4.24 | 29.68 | ❷ |
| Roth 401k Contribution | 46.31 | 215.29 | |
| Voluntary Life | 3.30 | 23.10 | |
| | 157.05 | 990.47 | |

### Payment Summary for Voucher 7800

| | |
|---|---|
| Total Gross Pay | 1,543.60 |
| Federal Taxes | -137.61 |
| State and Local Taxes | -13.00 |
| Other Deductions | -157.05 |
| **Net Pay** | **1,235.94** |
| Direct Deposits | -1,235.94 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**   Dollars   Hours
PTO Hrs                              5.71

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***3841 | 1,235.94 |
| | | 1,235.94 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

Voucher Date 01/13/2023
Voucher Number 7974

**Direct Deposit Advice**

*** This is not a check ***

Direct Deposit Amount ****** 1,049.66

Direct Deposit Advice
4301    126   01/13/23   7974

**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

RP_010_8201_Y © 2012 ReadyPayY

| Shannon Sager | January 13, 2023 | | | 7974 |
|---|---|---|---|---|

| Emp Id | 126 | Loc | Nurses | Period Begin | 12/25/22 | Net Pay | 1,049.66 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End | 01/07/23 | Dir Dep | 1,049.66 |
| Clock | XXXX | Status | A | Check Type | Reg | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 52.25 | 20.000000 | 1,045.00 | 1,045.00 |
| Overtime Earnings | 0.72 | 30.000000 | 21.60 | 21.60 |
| Paid Time Off | 12.00 | 20.000000 | 240.00 | 234.10 |
| Paid Time Off | -0.29 | 20.000000 | -5.90 | |
| Employer HSA | 0.00 | | 46.15 | 46.15 ❶ |
| Unpaid PTO Hours | 0.29 | 20.000000 | 0.00 | 0.00 ❶ |
| | 64.97 | | 1,300.70 | 1,300.70 |

### Benefits

| | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER SfHrbr - NonElective | | 39.02 | 39.02 ❶ |
| | | 0.00 | 0.00 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,193.26 | 0.00 | 0.00 |
| OASDI | | 1,193.26 | 73.98 | 73.98 |
| Medicare | | 1,193.26 | 17.30 | 17.30 |
| Medicare - Additional | | 1,193.26 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,193.26 | 10.00 | 10.00 |
| | | | 101.28 | 101.28 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| HSA | 1.33 | 1.33 ❷ |
| Pretax Dental Insurance | 21.87 | 21.87 ❷ |
| Pretax Medical Insurance | 80.00 | 80.00 ❷ |
| Pretax Vision Insurance | 4.24 | 4.24 ❷ |
| Roth 401k Contribution | 39.02 | 39.02 |
| Voluntary Life | 3.30 | 3.30 |
| | 149.76 | 149.76 |

### Payment Summary for Voucher 7974

| | |
|---|---|
| Total Gross Pay | 1,300.70 |
| Federal Taxes | -91.28 |
| State and Local Taxes | -10.00 |
| Other Deductions | -149.76 |
| Net Pay | 1,049.66 |
| Direct Deposits | -1,049.66 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances**   Dollars   Hours
PTO Hrs                                   5.82

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***3841 | 1,049.66 |
| | | 1,049.66 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

Voucher Date: **02/10/2023**
Voucher Number: **8085**

**Direct Deposit Advice**

*** This is not a check***

Direct Deposit Advice
4301   126  02/10/23  8085
**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

Direct Deposit Amount        ****** 1,277.70

---

**Shannon Sager**      February 10, 2023      8085

| | | | | | |
|---|---|---|---|---|---|
| Emp Id | 126 | Loc | Nurses | Period Begin | 01/22/23 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End | 02/04/23 |
| Clock | XXXX | Status | A | Check Type | Reg |

Net Pay: 1,277.70
Dir Dep: 1,277.70

## Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 70.70 | 20.000000 | 1,414.00 | 4,006.40 |
| Overtime Earnings | 1.25 | 30.000000 | 37.50 | 77.70 |
| Paid Time Off | 7.00 | 20.000000 | 140.00 | 374.10 |
| Employer HSA | 0.00 | | 46.15 | 138.45 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 78.95 | | 1,591.50 | 4,458.20 |

| Benefits | | Current Amt | Ytd Amt |
|---|---|---|---|
| ER SfHrbr - NonElective | | 47.75 | 133.75 ❶ |
| | | 0.00 | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,484.06 | 28.78 | 54.50 |
| OASDI | | 1,484.06 | 92.01 | 256.42 |
| Medicare | | 1,484.06 | 21.52 | 59.97 |
| Medicare - Additional | | 1,484.06 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,484.06 | 13.00 | 36.00 |
| | | | 155.31 | 406.89 |

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| HSA | 1.33 | 3.99 ❷ |
| Pretax Dental Insurance | 21.87 | 65.61 ❷ |
| Pretax Medical Insurance | 80.00 | 240.00 ❷ |
| Pretax Vision Insurance | 4.24 | 12.72 ❷ |
| Roth 401k Contribution | 47.75 | 133.75 |
| Voluntary Life | 3.30 | 9.90 |
| | 158.49 | 465.97 |

## Payment Summary for Voucher 8085

| | |
|---|---|
| Total Gross Pay | 1,591.50 |
| Federal Taxes | -142.31 |
| State and Local Taxes | -13.00 |
| Other Deductions | -158.49 |
| Net Pay | 1,277.70 |
| Direct Deposits | -1,277.70 |
| Net Check | 0.00 |

### Additional Information

| Time Off Balances | Dollars | Hours |
|---|---|---|
| PTO Hrs | | 12.95 |

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***3841 | 1,277.70 |
| | | 1,277.70 |

❶ This code is shown for information only.  It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

**Center for Special Surgery**
2829 Univ Dr S. Suite 103
Fargo, ND 58103

**Voucher Date** 12/30/2022
**Voucher Number** 7915

**Direct Deposit Advice**

*** This is not a check***

**Direct Deposit Advice**
4301   126   12/30/22   7915
**Shannon Sager**
1415 14th Ave E  #10
West Fargo, ND 58078

**Direct Deposit Amount**   ****** 1,028.48

*Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview - Direct Deposit Preview*

RP_010_8201_Y © 2012 ReadyPayY

## Shannon Sager — December 30, 2022 — 7915

| | | | | |
|---|---|---|---|---|
| Emp Id | 126 | Loc | Nurses | Period Begin 12/11/22 | Net Pay 1,028.48 |
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | Period End 12/24/22 | Dir Dep 1,028.48 |
| Clock | XXXX | Status | A | Check Type Reg | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 63.85 | 20.000000 | 1,277.00 | 12,730.00 |
| Overtime Earnings | 0.00 | | 0.00 | 92.40 |
| Paid Time Off | 0.00 | | 0.00 | 1,007.85 |
| Employer HSA | 0.00 | | 46.15 | 415.35 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 63.85 | | 1,277.00 | 13,830.25 |

**Benefits** | | Current Amt | Ytd Amt
---|---|---|---
ER SfHrbr - NonElective | | 38.31 | 293.34 ❶
| | 0.00 | 0.00

**Taxes** | Status | Taxable | Current Amt | Ytd Amt
---|---|---|---|---
Federal Income Tax | S1-0 | 1,169.56 | 0.00 | 97.35
OASDI | | 1,169.56 | 72.51 | 797.52
Medicare | | 1,169.56 | 16.96 | 186.52
Medicare - Additional | | 1,169.56 | 0.00 | 0.00
North Dakota SITW | S-0 | 1,169.56 | 10.00 | 111.00
| | | 99.47 | 1,192.39

**Other Deductions from Pay** | Current Amt | Ytd Amt
---|---|---
HSA | 1.33 | 11.97 ❷
Pretax Dental Insurance | 21.87 | 196.83 ❷
Pretax Medical Insurance | 80.00 | 720.00 ❷
Pretax Vision Insurance | 4.24 | 38.16 ❷
Roth 401k Contribution | 38.31 | 293.34
Voluntary Life | 3.30 | 29.70
| 149.05 | 1,290.00

### Payment Summary for Voucher 7915

| | |
|---|---|
| Total Gross Pay | 1,277.00 |
| Federal Taxes | -89.47 |
| State and Local Taxes | -10.00 |
| Other Deductions | -149.05 |
| Net Pay | 1,028.48 |
| Direct Deposits | -1,028.48 |
| Net Check | 0.00 |

### Additional Information

**Time Off Balances** | Dollars | Hours
---|---|---
PTO Hrs | | 11.71

### Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***3841 | 1,028.48 |
| | | 1,028.48 |

❶ This code is shown for information only.  It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.

| Emp Id | 66 | Loc | 05 | Divisions | | Period Begin | 01/08/23 | Net Pay | 1,257.98 |
|---|---|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-6681 | Hire Date | 08/01/22 | | | Period End | 01/21/23 | Dir Dep | 1,257.98 |
| Clock | XXXX | Status | A | | | Check Type | Reg | | |

## Earnings Summary

### Total Gross Pay

| | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular Earnings | 77.37 | 20.000000 | 1,547.40 | 2,592.40 |
| Overtime Earnings | 0.62 | 30.000000 | 18.60 | 40.20 |
| Paid Time Off | 0.00 | | 0.00 | 234.10 |
| Employer HSA | 0.00 | | 46.15 | 92.30 ❶ |
| Unpaid PTO Hours | 0.00 | | 0.00 | 0.00 ❶ |
| | 77.99 | | 1,566.00 | 2,866.70 |

### Benefits

| | | | Current Amt | Ytd Amt |
|---|---|---|---|---|
| ER SfHrbr - NonElective | | | 46.98 | 86.00 ❶ |
| | | | 0.00 | 0.00 |

### Taxes

| | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | S1-0 | 1,458.56 | 25.72 | 25.72 |
| OASDI | | 1,458.56 | 90.43 | 164.41 |
| Medicare | | 1,458.56 | 21.15 | 38.45 |
| Medicare - Additional | | 1,458.56 | 0.00 | 0.00 |
| North Dakota SITW | S-0 | 1,458.56 | 13.00 | 23.00 |
| | | | 150.30 | 251.58 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| HSA | 1.33 | 2.66 ❷ |
| Pretax Dental Insurance | 21.87 | 43.74 ❷ |
| Pretax Medical Insurance | 80.00 | 160.00 ❷ |
| Pretax Vision Insurance | 4.24 | 8.48 ❷ |
| Roth 401k Contribution | 46.98 | 86.00 |
| Voluntary Life | 3.30 | 6.60 |
| | 157.72 | 307.48 |

## Payment Summary for Voucher 8028

| | |
|---|---|
| Total Gross Pay | 1,566.00 |
| Federal Taxes | -137.30 |
| State and Local Taxes | -13.00 |
| Other Deductions | -157.72 |
| Net Pay | 1,257.98 |
| Direct Deposits | -1,257.98 |
| Net Check | 0.00 |

## Additional Information

### Time Off Balances

| | Dollars | Hours |
|---|---|---|
| PTO Hrs | | 12.84 |

## Direct Deposits

| Bank | Account | Current Amt |
|---|---|---|
| Checking Account | Ends with ***3841 | 1,257.98 |
| | | 1,257.98 |

❶ This code is shown for information only. It has no effect on your net pay.
❷ This code is not included in your Federal taxable wages.